# Notice Recipients

District/Off: 0754−3          User: admin          Date Created: 12/07/2009
Case: 09−32028               Form ID: 318         Total: 37

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| tr | Laura K Grandy | LGrandy@mmrg.com |
| aty | Cynthia A Hagan | CynthiaAHagan@aol.com |
| aty | John M Delaney, Jr | reywal@charter.net |
| aty | Scott P Hendricks | shendricks@globaleyes.net |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Clyde D Preston | 215 E. 6th Street    Hartford, IL 62048 |
| cr | GCS Federal Credit Union | 3970 Maryville Road    Granite City, IL 62040 |
| 2685033 | AT | PO Box 8100    Aurora, IL 60507 |
| 2685032 | Allied Interstate Inc | 435 Ford Rd Ste 800    Minneapolis, MN 55426 |
| 2685034 | Billy Joe Walker | State Disbursement Unit    PO Box 5400    Carol Stream, IL 60197 |
| 2685035 | Blatt, Hasenmiller et al | 211 Landmark Dr. Ste. E5    Normal, IL 61761 |
| 2685036 | Capital 1 Bank | Attn: C/O TSYS Debt Management    Po Box 5155    Norcross, GA 30091 |
| 2685037 | Cardmember Services | PO Box 15325    Wilmington, DE 19886−5325 |
| 2685038 | Charter Communications | 12405 Powerscourt Dr.    Saint Louis, MO 63131 |
| 2685039 | Chase – Cc | Attention: Banktruptcy Department    Po Box 15298    Wilmintgon, DE 19850 |
| 2685040 | Chase– BP | Attention: Banktruptcy Department    Po Box 100018    Kennesaw, GA 30156 |
| 2685041 | Citibank Usa | Attn.: Centralized Bankruptcy    Po Box 20507    Kansas City, MO 64195 |
| 2685042 | Clerk of the Circuit Court | 155 N. Main, 09−SC−3333    Edwardsville, IL 62025 |
| 2685043 | Credit Protect Assoc. | Po Box 802068    Dallas, TX 75380 |
| 2685044 | Credit Protection Assoc. | PO Box 9037    Addison, TX 75001−9037 |
| 2685045 | Cricket Phone Services | PO Box 660021    Dallas, TX 75266−0021 |
| 2685046 | Direct Merchants Bank | Card Member Services – GSC    Po Box 5246    Carol Stream, IL 60197 |
| 2685047 | Dsnb Macys | 9111 Duke Blvd    Mason, OH 45040 |
| 2685048 | First Source | 205 Bryant Rd.    Buffalo, NY 14228 |
| 2698081 | GCS Federal Credit Union | Hendricks &Hagan    206 West College Street    Suite 12    Carbondale, IL 62901 |
| 2685050 | GE Money Bank | PO Box 530914    Atlanta, GA 30353 |
| 2685051 | GEMB / Walmart | Attention: Bankruptcy    Po Box 103106    Roswell, GA 30076 |
| 2685049 | Gcs Federal Credit Uni | 3970 Maryville Rd    Granite City, IL 62040 |
| 2685052 | HSBC | PO Box 80053    Salinas, CA 93912−0053 |
| 2685055 | HSBC Card Services | PO Box 17051    Baltimore, MD 21297 |
| 2685053 | Hsbc Bank | Attn: Bankruptcy    Po Box 5253    Carol Stream, IL 60197 |
| 2685054 | Hsbc Best Buy | Attn: Bankruptcy    Po Box 6985    Bridge Water, NJ 08807 |
| 2685056 | Kohls | Attn: Recovery    Po Box 3120    Milwaukee, WI 53201 |
| 2685057 | Lowes / MBGA | Attention: Bankruptcy Department    Po Box 103106    Roswell, GA 30076 |
| 2685058 | Mortgage Service Cente | Sbrp – 4001 Leadenhall Rd    Mt Laurel, NJ 08054 |
| 2685059 | NCO Financial Systems, Inc | 507 Prudential Rd.    Horsham, PA 19044 |
| 2685060 | United Collect Bur Inc | 5620 Southwyck Blvd Ste    Toledo, OH 43614 |

TOTAL: 32